UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| STRIKE 3 HOLDINGS, LLC, | * | |
| | * | |
| Plaintiff, | * | |
| | * | |
| v. | * | Civil Action No. 25-cv-12146-ADB |
| | * | |
| JOHN DOE, | * | |
| | * | |
| Defendant. | * | |

**PROTECTIVE ORDER**

On August 14, 2025, pursuant to Federal Rule of Civil Procedure 45, Strike 3 Holdings, LLC ("Plaintiff") sought leave to serve a third-party subpoena on Astound Broadband/RCN, Inc prior to a Rule 26(f) conference. [ECF No. 7 ("Motion")]. In its memorandum supporting the Motion, Plaintiff noted that in similar cases, "courts have found it appropriate to issue a protective order establishing procedural safeguards such as allowing a defendant to proceed pseudonymously," and "encourage[d] the Court to establish such procedures here." [ECF No. 8 at 9 (citing Viken Detection Corp., No. 19-cr-12034, 2019 WL 5268725, at *2 (D. Mass. Oct. 17, 2019))]. The Court finds that such safeguards are appropriate here.

The Court grants Defendant leave to proceed pseudonymously. Defendant or Defendant's counsel shall file, under seal, a notice of appearance with Defendant's name and file all subsequent filings using the pseudonym, John Doe. Plaintiff shall not use in court filings or communications with third parties: John Doe's name, address, or any other identifying information, other than John Doe's IP address.

Plaintiff may only use the information disclosed in response to a Rule 45 subpoena served on Astound Broadband/RCN, Inc for the purpose of protecting and enforcing Plaintiff's rights as set forth in its Complaint. [ECF No. 1].

The Court may allow, after notice to the parties, the disclosure of any document or information covered by this Protective Order, and may modify this Protective Order at any time in the interests of justice, and to ensure that any proceeding before this Court is fair, efficient, and consistent with the public interest.

**SO ORDERED.**

August 15, 2025

/s/ Allison D. Burroughs
ALLISON D. BURROUGHS
U.S. DISTRICT JUDGE